AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TREADWELL, MARC T. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 3. Date of Report<br><br>7/28/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>P. O. BOX 65<br>MACON, GA 31202 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Mercer University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Mercer Law School - Salary | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. | 2013 | Self-employed real estate professional (d/b/a WT Development, LLC) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Medical Center of Central Georgia | 1/11/2013 - 1/13/2013 | Lake Oconee, GA | Conference ▨ board member) | Gas, lodging, meals |
| 2. | Medical Center of Central Georgia | 4/3/2013 - 4/5/2013 | Hilton Head Island, SC | Conference ▨ board member) | Gas, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TREADWELL, MARC T.** | 7/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 3) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank and Trust Company Accounts | | None | K | T | | | | | |
| 2. Wells Fargo Bank Account (X) | | None | J | T | | | | | |
| 3. Rental Property #1, Fripp Island, SC | E | Rent | N | W | | | | | |
| 4. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 5. Brokerage #1 | | | | | | | | | |
| 6. -Merrill Lynch Cash Management Account | A | Interest | K | T | | | | | |
| 7. -Powershares VRDO Tax Free Fund | A | Dividend | M | T | Sold (part) | 12/11/13 | K | | |
| 8. | | | | | Sold (part) | 12/26/13 | K | | |
| 9. -SP500 Stepup Issuer BAC | | None | K | T | Buy (add'l) | 06/27/13 | J | | |
| 10. -Apple Inc. (common) | A | Dividend | J | T | Buy | 03/22/13 | J | | |
| 11. Brokerage #2 | | | | | | | | | |
| 12. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 13. -American Express Company (common) | A | Dividend | K | T | Sold (part) | 03/04/13 | K | | |
| 14. -Ameriprise Financial Inc (common) | A | Dividend | K | T | | | | | |
| 15. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | Sold (part) | 03/04/13 | J | | |
| 16. -General Electric (common) | A | Dividend | J | T | | | | | |
| 17. -Home Depot Inc (common) | A | Dividend | K | T | Sold (part) | 03/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Johnson and Johnson (common) | A | Dividend | K | T | Sold (part) | 03/04/13 | J | | |
| 19. -Kimberly Clark (common) | B | Dividend | L | T | Sold (part) | 03/04/13 | J | | |
| 20. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 21. Brokerage #3 | | | | | | | | | |
| 22. -Merrill Lynch Cash Management Account | A | Dividend | J | T | | | | | |
| 23. -Allianz NFJ Dividend Value Fd Cl P | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 24. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 25. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 26. -Allianz NFJ International Value Fund | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 27. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 28. -Ivey Asset Strategy Fund Cl I | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 29. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 30. -Lord Abbet Intermediate Tax Free Fd Cl F | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 31. | | | | | Sold (part) | 02/21/13 | J | A | |
| 32. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 33. | | | | | Sold (part) | 09/24/13 | J | | |
| 34. -Mainstay Large Cap Growth Fund Cl I | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 36. | | | | | Sold (part) | 09/24/13 | J | A | |
| 37. -Mainstay Marketfield Fund Cl I | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 38. -MFS Value Fd Cl I | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 39. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 40. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 41. -Oppenheimer Gold & Special Minerals Fd Cl Y | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 42. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 43. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 44. | | | | | Sold (part) | 06/04/13 | J | | |
| 45. -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 46. | | | | | Sold (part) | 02/21/13 | J | A | |
| 47. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 48. -Rydex/SGI Mid Cap Value Fund Cl I (Y) | | | | | | | | | |
| 49. -T Rowe Price Summit Muni Intermediate Fd | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 50. | | | | | Sold (part) | 02/21/13 | J | A | |
| 51. | | | | | Buy (add'l) | 03/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/24/13 | J | | |
| 53. -Nuveen High Yield Muni Bond Fd Cl I | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 54. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 55. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 56. -Guggenheim Mid Cap Value Fund Cl I | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 57. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 58. -Permanent Portfolio Fund | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 59. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 60. -Blackrock Equity Dividend Fund Instl | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 61. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 62. -Blackrock Short-term Municipal Fund Instl | A | Dividend | K | T | Buy | 09/24/13 | K | | |
| 63. IRA #1 | C | Dividend | L | T | | | | | |
| 64. -Merrill Lynch cash holding account | | | | | | | | | |
| 65. -Blackrock Equity Dividend Fund Instl | | | | | Sold (part) | 01/08/13 | J | A | |
| 66. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | Sold | 10/21/13 | J | A | |
| 67. -Dreyfus Appreciation Fd | | | | | Buy (add'l) | 07/26/13 | J | | |
| 68. -Eagle Small Cap Growth Fund Cl I | | | | | Sold | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -First Eagle Gold Fd Cl I | | | | | Sold | 05/24/13 | J | | |
| 70. -Harbor International Fund Instl Cl | | | | | Sold | 01/08/13 | J | A | |
| 71. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | | | | | |
| 72. -Mainstay Large Cap Growth Fund Cl I | | | | | | | | | |
| 73. -MFS Research Bond Fund Cl I | | | | | Sold (part) | 01/08/13 | J | A | |
| 74. -Neuberger Berman High Income Bond Fd Cl Inst | | | | | | | | | |
| 75. -Oppenheimer Rising Dividends Fund Cl Y | | | | | | | | | |
| 76. -TCW Total Return Bond Fd Cl I | | | | | Sold (part) | 01/08/13 | J | A | |
| 77. -American Century Inflation Adj Bd Inv Cl | | | | | | | | | |
| 78. -Principal Preferred Securities Fund Cl P | | | | | Sold (part) | 07/26/13 | J | A | |
| 79. -Cohen & Steers Realty Shares Fund Cl N | | | | | | | | | |
| 80. -Clearbridge Small Cap Growth Fund Cl I | | | | | Buy | 01/08/13 | J | | |
| 81. -John Hancock Classic Value Fund Cl I | | | | | Buy | 01/08/13 | J | | |
| 82. -MFS Emerging Markets Debt Fd Cl I | | | | | Buy | 10/21/13 | J | | |
| 83. -The Oakmark Intl Fund | | | | | Buy | 01/08/13 | J | | |
| 84. IRA #2 | B | Int./Div. | L | T | | | | | |
| 85. -Smith Barney Bank Deposit Program cash account (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Morgan Stanley Cash/Bank Deposit Program (X) | | | | | | | | | |
| 87. -Capital World Growth & Income Fd Cl A (Y) | | | | | | | | | |
| 88. -American Cap Wrld Gr & Inc A (X) | | | | | | | | | |
| 89. -Apple Inc (Common) | | | | | Buy | 03/05/13 | J | | |
| 90. -Wisdomtree Trust Emrg Mkt Eqt Fund | | | | | Buy | 03/05/13 | J | | |
| 91. 401(k) Retirement Plan | E | Dividend | N | T | | | | | |
| 92. -American Funds - Growth Fund of America-R3 | | | | | | | | | |
| 93. -American Funds - Investment Company of America-R3 | | | | | | | | | |
| 94. -American Funds - Fundamental Investors-R3 | | | | | | | | | |
| 95. IRA #3 | C | Int./Div. | L | T | | | | | |
| 96. -Merrill Lynch cash holding account | | | | | | | | | |
| 97. -Blackrock Equity Dividend Fund Instl | | | | | Sold (part) | 01/08/13 | J | A | |
| 98. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | Sold | 10/21/13 | J | A | |
| 99. -Dreyfus Appreciation Fd | | | | | Buy (add'l) | 07/26/13 | J | | |
| 100. -Eagle Small Cap Growth Fund Cl I | | | | | Sold | 01/08/13 | J | A | |
| 101. -First Eagle Gold Fd Cl I | | | | | Sold | 05/24/13 | J | | |
| 102. -Harbor International Fund Instl Cl | | | | | Sold | 01/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | | | | | |
| 104. -Mainstay Large Cap Growth Fund Cl I | | | | | | | | | |
| 105. -MFS Research Bond Fund Cl I | | | | | Sold (part) | 01/08/13 | J | A | |
| 106. -Neuberger Berman High Income Bond Fd Cl Inst | | | | | | | | | |
| 107. -Oppenheimer Rising Dividends Fund Cl Y | | | | | | | | | |
| 108. -American Centruy Inflation Adj Bd Inv Cl | | | | | | | | | |
| 109. -Principal Preferred Securities Fund Cl I | | | | | Sold (part) | 07/26/13 | J | A | |
| 110. -TCW Total Return Bond Fd Cl I | | | | | Sold (part) | 01/08/13 | J | A | |
| 111. -Cohen & Steers Realty Shares Find Cl N | | | | | | | | | |
| 112. -The Oakmark Intl Fund | | | | | Buy | 01/08/13 | J | | |
| 113. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 114. -John Hancock Classic Value Fund Cl I | | | | | Buy | 01/08/13 | J | | |
| 115. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 116. -Clearbridge Small Cap Growth Fund Cl I | | | | | Buy | 01/08/13 | J | | |
| 117. -MFS Emerging Markets Debt Fd Cl I | | | | | Buy | 10/21/13 | J | | |
| 118. 529 College Savings Plan | | None | | | | | | | |
| 119. -Blackrock 100% Equity Port | | | | | Sold | 07/31/13 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #1 | E | Int./Div. | O | T | | | | | |
| 121. -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | | | | | |
| 122. -BP PLC Spons ADR (common) | | | | | Sold | 07/12/13 | K | E | |
| 123. -Exxon Mobil Corp (Common) | | | | | | | | | |
| 124. -Praxair Inc (Common) | | | | | | | | | |
| 125. -General Electric Co (Common) | | | | | | | | | |
| 126. -Home Depot Inc (Common) | | | | | Sold (part) | 07/12/13 | M | F | |
| 127. -Coca-Cola Co (Common) | | | | | | | | | |
| 128. -Colgate Palmolive Co (Common) | | | | | | | | | |
| 129. -Kimberly Clark Corp (Common) | | | | | | | | | |
| 130. -Bristol Myers Squibb Co (Common) | | | | | | | | | |
| 131. -Johnson & Johnson (Common) | | | | | Sold (part) | 07/12/13 | J | D | |
| 132. -American Express Co (Common) | | | | | | | | | |
| 133. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/12/13 | J | | |
| 134. -Wells Fargo & Co New (Common) | | | | | Buy (add'l) | 07/12/13 | J | | |
| 135. -Intel Corp (Common) | | | | | | | | | |
| 136. -Microsoft Corp (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Verizon Communications (Common) | | | | | | | | | |
| 138. -Forum Funds - Absolute Strategies Fd Instl Cl | | | | | | | | | |
| 139. -Manning & Napier Funds - World Opptys Ser Cl A | | | | | | | | | |
| 140. -Oppenheimer Funds - Developing Mkts Instl Fd Cl Y | | | | | | | | | |
| 141. -PNC Fincl Svcs Group Inc (Common) | | | | | | | | | |
| 142. -Apple Inc (Common) | | | | | | | | | |
| 143. -Capital One Fncl Corp (Common) | | | | | | | | | |
| 144. -International Business Machines Corp (Common) | | | | | | | | | |
| 145. -Wasatch Long/Short Fund-Ins (Common) | | | | | Buy | 07/12/13 | K | | |
| 146. -BB&T Corporation (Common) | | | | | Buy | 07/12/13 | J | | |
| 147. -Blackrock Inc Cl A (Common) | | | | | Buy | 07/12/13 | J | | |
| 148. -ConocoPhilips (Common) | | | | | Buy | 07/12/13 | K | | |
| 149. -Darden Restaurants Inc (Common) | | | | | Buy | 07/12/13 | K | | |
| 150. -Williams Cos Inc. (Common) | | | | | Buy | 07/12/13 | J | | |
| 151. Trust #2 | C | Int./Div. | N | T | | | | | |
| 152. -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | | | | | |
| 153. -Exxon Mobil Corp (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -General Electric Co (Common) | | | | | Donated (part) | | | | |
| 155. -Home Depot Inc (Common) | | | | | Sold (part) | 07/12/13 | J | D | |
| 156. -Abbott Labs (Common) | | | | | | | | | |
| 157. -JP Morgan Chase & Co (Common) | | | | | | | | | |
| 158. -Intel Corp (Common) | | | | | Donated (part) | | | | |
| 159. -Oppenheimer Funds-Developing Mkts Instl Fd Cl Y | | | | | Buy (add'l) | 07/12/13 | J | | |
| 160. -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | | | | | | | | |
| 161. -Wal Mart Stores Inc (Common) | | | | | Buy | 07/12/13 | J | | |
| 162. | | | | | Sold | 11/07/13 | J | A | |
| 163. -Pepsico Inc (Common) | | | | | Buy | 07/12/13 | J | | |
| 164. -Google Inc Cl A (Common) | | | | | Buy | 11/07/13 | J | | |
| 165. -Abbvie Inc (Common) | | | | | Spinoff (from line 156) | 01/02/13 | J | | |
| 166. | | | | | Donated (part) | | | | |
| 167. Trust #3 | B | Int./Div. | K | T | | | | | |
| 168. -Cash - ML Bank Deposit Program | | | | | | | | | |
| 169. -General Electric (Common) | | | | | | | | | |
| 170. -Johnson and Johnson (Common) | | | | | Sold (part) | 07/30/13 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/11/13 | J | A | |
| 172.  -Wal-Mart Stores Inc (Common) | | | | | Sold (part) | 05/22/13 | J | D | |
| 173.  Trust #4 | C | Int./Div. | M | T | | | | | |
| 174.  -General Electric (Common) | | | | | | | | | |
| 175.  -Home Depot Inc (Common) | | | | | | | | | |
| 176.  -Johnson and Johnson (Common) | | | | | | | | | |
| 177.  -MFS Growth Allocation Fund Cl C | | | | | Sold (part) | 07/30/13 | J | A | |
| 178. | | | | | Sold | 12/16/13 | J | B | |
| 179.  -Wal-Mart Stores Inc (Common) | | | | | Sold (part) | 12/16/13 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 7/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 4: The value of the universal life policy in Column C(1) is the contract value as of 12/31/2013.

Part VII, Lines 85 & 86: Name change - "Smith Barney Bank Deposit Program cash account" on line 85 is now "Morgan Stanley Cash/Bank Deposit Program" on line 86.

Part VII, Lines 87 & 88: Name change - "Capital Work Growth & Income Fd Cl A" on line 87 is now "American Cap World Gr & Inc A" on line 88.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARC T. TREADWELL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544